6

WHEREFORE, your deponent respectfully requests that the defendant EDUARD FLOREA be dealt with according to law.

*[signature]*
MEGAN E. CASLER
Special Agent, Federal Bureau of Investigation

Sworn to before me by telephone
this 13th day of January, 2021

*[signature]*

THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK